IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
|                  Plaintiff, | ) ) ) C.A. No. 12-769-RGA |
| v. | ) ) ) |
| NETAPP, INC., | ) ) ) |
|                  Defendant. | ) ) |

## STIPULATION AND ORDER TO STAY

The parties, Plaintiff Parallel Iron, LLC ("PI") and Defendant NetApp, Inc. ("NetApp"), by and through their undersigned counsel, hereby agree to stay this action, as follows:

WHEREAS, on September 27, 2013, the Court heard NetApp's request to strike PI's disclosures and related infringement contentions;

WHEREAS, the Court indicated that a proper remedy to NetApp may be to stay the action; and

WHEREAS, following the September 27 hearing, the parties met and conferred on this issue;

THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that this action is stayed in its entirety pending final resolution of the Coordinated Cases involving the same patents (Nos. 12-763 (RGA); 12-764 (RGA); 12-766 (RGA); 12-874 (RGA); 12-876 (RGA); 12-877 (RGA); 12-878 (RGA); 12-879 (RGA); 12-880 (RGA); 12-995 (RGA); 12-1035 (RGA); 13-367 (RGA); and 13-443 (RGA)).

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Jack B. Blumenfeld* |
| Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Defendant NetApp, Inc.* |

*Attorneys for Plaintiff Parallel Iron, LLC*

SO ORDERED this 10th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE