IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-769-RGA |
| NETAPP, INC., | : |
| Defendant. | : |

## ORDER

WHEREAS, the above-captioned case was stayed on October 10, 2013, due to litigations that are presently pending before the Court (see Civil Actions 12-763-RGA, 12-764-RGA, 12-766-RGA, 12-874-RGA, 12-876-RGA, 12-877-RGA, 12-878-RGA, 12-879-RGA, 12-880-RGA, 12-995-RGA, 12-1035-RGA, 13-367-RGA, and 13-443-RGA ) (D.I. 50);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the above listed litigations have been resolved so that this case may be reopened and other appropriate action may be taken.

October 10, 2013
DATE

UNITED STATES DISTRICT JUDGE