IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**Parallel Iron LLC,**

      Plaintiff;

      v.

**NetApp, Inc.,**

      Defendant.

Civil Action No. 12-769-RGA

### ORDER

Having reviewed the relevant papers, for the reasons stated in the accompanying Memorandum Opinion, **IT IS ORDERED**:

Defendant's request for attorney's fees (D.I. 94) is **GRANTED IN PART**. Defendant is to calculate a fee award as instructed in the accompanying Memorandum Opinion and meet and confer with Plaintiff. Defendant is instructed to submit a joint proposed order reflecting an agreed-upon fee award consistent with the accompanying Memorandum Opinion within twenty-one days. If the parties cannot agree to a joint proposed order, they are to file letters of no more than three pages within twenty-one days explaining their positions.

Defendant's requests for discovery and an injunction are **DENIED**.

Entered this 25th day of March, 2015.

United States District Judge