IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-769 (RGA) |
| | ) |
| NETAPP, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT PROPOSED ORDER

Pursuant to the Court's Memorandum Opinion (D.I. 108) and Order (D.I. 109), dated March 25, 2015, Defendant NetApp, Inc. is hereby awarded $550,000 in attorneys' fees to be paid to it by Plaintiff Parallel Iron, LLC.

SO ORDERED this 15th day of April 2015.

_____
The Honorable Richard G. Andrews